Cecil SHORT v. STATE.

No. 17410.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

W. J. Bowen, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment assessed being death.

Appellant has filed in this court his personal affidavit advising that he does not desire to further prosecute the appeal. He states in his affidavit that he is "fully informed and cognizant of the effect and results of such action, and take such action upon my own volition and voluntarily."

At appellant's request the appeal is dismissed.

Claude STOKES v. STATE.

No. 17432.

Court of Criminal Appeals of Texas.
Jan. 9, 1935.

See, also, 71 S.W.(2d) 882.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction is for burglary; punishment being six years in the penitentiary.

Appellant has filed in this court his affidavit advising that he does not desire to further prosecute his appeal, and at his request the same is dismissed.

Tom VANDERFORD v. STATE.

No. 17098.

Court of Criminal Appeals of Texas.
Jan. 9, 1935.

Martelle McDonald and Clyde E. Thomas, both of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, two years in the penitentiary.

By affidavit in proper form, appellant requests that his appeal be dismissed. The request is granted.

The appeal is dismissed.

HAWKINS, J., absent.